

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

December 27, 2023

**VIA ECF**
Hon. Dale E. Ho
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Zelvin v. Maine-ly Red Wing, Inc.*
               Case No. 1:23-cv-09813-DEH-OTW

Dear Judge Ho:

    I represent the defendant in this matter. I write with the consent of plaintiff's counsel to notify the Court that the parties have agreed on a settlement in principle and to request that all future deadlines, including the deadline for Defendant's Answer, due December 29, 2023, and the initial conference scheduled for January 9, 2024 before Magistrate Judge Wang (Dkt. No. 6) be suspended *sine die*. The parties intend to finalize the settlement and submit a proposed consent decree for Court approval within the next 30 days.

    Thank you for your attention to this matter.

                            Respectfully,

                            *Peter T. Shapiro*

                            Peter T. Shapiro of
                            LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:mf

cc: Counsel for Plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

133567581.1